```
          FILED              RECEIVED
          ENTERED            SERVED ON
                   COUNSEL/PARTIES OF RECORD

                   JUN 24 2020

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
          BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:20-mj-509-VCF |
| Plaintiff, | Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |
| v. | |
| MARCIAL NOE ZUBIAS-GAMEZ, a.k.a. ALEXIS GOMEZ-LOPEZ, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on 7/8/20 at the hour of 4:00 p.m., be vacated and continued to 10/13/20 at the hour of 4:00 pm.

DATED this 24th day of June, 2020.

_____
HONORABLE
UNITED STATES MAGISTRATE JUDGE