# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCIAL NOE ZUBIAS-GAMEZ,<br><br>Defendant. | ORDER<br><br>2:20-cr-00174-KJD-VCF |

Upon consideration and review of the Government's motion:

   IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Marcial Noe Zubias-Gamez*, is unsealed.

DATED this  18th  day of August, 2020.

                                                                                   _____
                                                                                   KENT J. DAWSON
                                                                                   United States District Judge

2